CRIMINAL CASE COVER SHEET
U.S. DISTRICT COURT
PLACE OF OFFENSE:

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
JUN 27 2018
ARTHUR JOHNSTON
BY _____ DEPUTY

CITY: HATTIESBURG

COUNTY: LAMAR

RELATED CASE INFORMATION:
SUPERSEDING INDICTMENT ____ DOCKET # ____
SAME DEFENDANT ____ NEW DEFENDANT ____
MAGISTRATE JUDGE CASE NUMBER ____
R 20/ R 40 FROM DISTRICT OF ____

**DEFENDANT INFORMATION:**

JUVENILE: ___ YES  X  NO

MATTER TO BE SEALED: ___ YES  X  NO

NAME/ALIAS: SILAS K. RICHMOND, II

**U.S. ATTORNEY INFORMATION:**

AUSA  MARY HELEN WALL        BAR #  100857

INTERPRETER:  X  NO  ___ YES   LIST LANGUAGE AND/OR DIALECT: ____

**LOCATION STATUS:**   ARREST DATE ____

___ ALREADY IN FEDERAL CUSTODY AS OF ____
___ ALREADY IN STATE CUSTODY
___ ON PRETRIAL RELEASE

**U.S.C. CITATIONS**

TOTAL # OF COUNTS:  1   ___ PETTY  ___ MISDEMEANOR  1  FELONY

| (CLERK'S OFFICE USE ONLY) | INDEX KEY/CODE | DESCRIPTION OF OFFENSE CHARGED | COUNT(S) |
|---|---|---|---|
| Set 1  18:1349.F | 18 USC § 1349 | Attempt and Conspiracy | 1 |
| Set 2 | | | |

Date: ____          **SIGNATURE OF AUSA:** _[signature]_
Revised 2/26/2010