IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

UNITED STATES OF AMERICA

VS.                                                    CRIMINAL CASE NO. 2:18-cr-22-KS-MTP

SILAS K. RICHMOND II

## ORDER

BEFORE THE COURT is Defendant's Motion to Extend Reporting to Bureau of Prisons. [27]. In support of his Motion Defendant states that he had Lasik surgery on December 13, 2018, and is scheduled for a follow-up appointment on January 23, 2019. His current report date is January 17, 2019, to begin serving his sentence in this matter. The Court finds the Motion is well taken, and should be granted.

IT IS HEREBY ORDERED that the Motion to Extend Reporting to Bureau of Prisons [27] is GRANTED, and Defendant's report date should be extended to after the date for his follow up appointment which is January 23, 2019. A new report date will be set by the Bureau of Prisons which is no more than 45 days from the date of this Order.

SO ORDERED this the _____ day of January, 2019.

                                                           _____
                                                           UNITED STATES DISTRICT JUDGE