IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

UNITED STATES OF AMERICA

VS.                                                                    CRIMINAL NO. 2:18-cr-22-KS-MTP

SILAS K. RICHMOND II

**ORDER**

THIS CAUSE IS BEFORE THE COURT on [31] Motion for Early Termination of Probation filed by Silas K. Richmond II (Movant). In the Motion Movant lays out his period of supervision and relates to the Court that he has done well while on supervision. The Court has discussed Movant's case with his Probation Officer, and she concurs with his successful period of supervision up to this point. However, the Court granted a significant downward variance at the time that it sentenced Movant and is not inclined to terminate him early from supervision. However, the Probation Officer related to the Court that she would transfer him to low intensity supervision for the remainder of his term. The Court is not ordering this, and this move to low intensity supervision is at the total discretion of the Probation Officer.

NOW, THEREFORE, IT IS HEREBY ORDERED that the Motion for Early Termination of Probation [31] be, and the same is, hereby DENIED. The Movant will continue on supervision at the appropriate level as determined by the Probation Officer.

SO ORDERED this the __21st__ day of December, 2022.

_____s/Keith Starrett_____
UNITED STATES DISTRICT JUDGE